FILED
CLERK, U.S. DISTRICT COURT

SEP 16 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CORNELL WALKER, | ) | NO. CV 18-7472-PSG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| C. SPENCER, ET AL., | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 9/16, 2019.

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE